**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| COLUMBIA MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL NO. 08-97-GPM |
| LARRY G. BROCK, BRIAN GARDINER and COLLIN GARDINER, Individually and as Executors of the Estate of Ann T. Gardiner, Deceased and as Children, Next of Kin of Ann T. Gardiner, Deceased, and CITY OF EDWARDSVILLE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

The motion by Plaintiff, Columbia Mutual Insurance Company, for default judgment against Defendant Larry G. Brock (Doc. 17) is **GRANTED**.

Defendant Brock was served with process on March 31, 2008 (*see* Doc. 11). Having failed to answer or otherwise defend, Defendant Brock was found to be in default on June 3, 2008 (*see* Doc. 16). Accordingly, the Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant Larry G. Brock.

Moreover, pursuant to Order filed by Magistrate Judge Philip M. Frazier on June 3, 2008 (*see* Doc. 15), the remaining defendants, Brian Gardiner, Collin Gardiner, and City of Edwardsville, admit the allegations of Plaintiff's complaint and consent to entry of judgment in Plaintiff's favor. The Clerk is likewise **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants

Brian Gardiner, Collin Gardiner, and City of Edwardsville.

Accordingly, the Court **DECLARES** as follows:

1. Columbia Mutual Insurance Company Policy No. CTPIL08203 does not apply to the allegations asserted against Larry G. Brock in the complaint filed by Brian Gardiner and Collin Gardiner, Individually and as Executors of the Estate of Ann T. Gardiner, Deceased and as Children, Next of Kin of Ann T. Gardiner, Deceased, in Madison County, Illinois, Cause No. 07-L-1026.

2. Columbia Mutual Insurance Company is under no obligation to defend or indemnify Defendant Larry G. Brock against any claim for damages arising out of the complaint brought by Brian Gardiner and Collin Gardiner.

The Clerk is **DIRECTED** to enter judgment accordingly, and the parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: 07/07/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge